# In the United States Court of Federal Claims

No. 23-229

Filed: Jul 7, 2023

|  |  |
|---|---|
| NIKIE M. KING, | ) </br> ) </br> ) |
| *Plaintiff,* | ) </br> ) |
| v. | ) </br> ) </br> ) |
| THE UNITED STATES, | ) </br> ) |
| *Defendant* | ) </br> ) |

## ORDER

    Although her complaint is difficult to decipher, Nikie King seeks monetary damages for a number of alleged harms.  ECF No. 1.  The Government has moved to dismiss for lack of subject matter jurisdiction because Ms. King's complaint raises tort claims and criminal matters.  ECF No. 7 at 1 (citing *Rick's Mushroom Serv., Inc. v. United States*, 521 F.3d 1338, 1343 (Fed. Cir. 2008); *Brown v. United States*, 105 F.3d 621, 623 (Fed. Cir. 1997); *Montano Electrical Contractor v. United States*, 114 Fed. Cl. 675, 681 (2014)).  Ms. King never responded to the motion.  Because this Court lacks jurisdiction over tort claims under 28 U.S.C. § 1491(a)(1) and criminal matters, the Court **GRANTS** the motion to dismiss, ECF No. 7.  The Clerk's Office is directed to ENTER **JUDGMENT** accordingly.

    Ms. King has also applied to proceed in forma pauperis.  ECF No. 2.  Although she states she is employed, she failed to provide any information about her income, her current savings, or her expenses.  Therefore, the Court **DENIES** Ms. King's application to proceed in forma pauperis, ECF No. 2.

IT IS SO ORDERED.

s/ Edward H. Meyers  
Edward H. Meyers  
Judge
